UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re

    Eugene Reynolds, **_Jr.,_**

               Debtor.

Chapter 7

Case No. 1-18-46776-ess

## STIPULATION EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE AND ANY CLAIMED EXEMPTIONS, AND FOR DISMISSAL

IT IS HEREBY stipulated and agreed by and between the undersigned that the time periods for the Trustee, creditors, and the United States Trustee to object to the discharge of the Debtor, the dischargeability of debts, for objection to any claimed exemptions of property of the estate, and for dismissal of the case are hereby extended until May 2, 2019.

| Dated: Brooklyn, New York<br>January 2, 2019 | ALAN NISSELSON, Chapter 7 Trustee<br><br>By: /s/ Alan Nisselson<br>Alan Nisselson (anisselson@windelsmarx.com)<br>Windels Marx Lane & Mittendorf, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000 |
|---|---|
| Dated: Brooklyn, New York<br>January 2, 2019 | LAW OFFICE OF KEVIN B. ZAZZERA<br>Attorneys for the Debtor<br><br>By: /s/ Allan R. Bloomfield<br>Kevin B. Zazzera, Esq. (kzazz007@yahoo.com)<br>182 Rose Ave., Suite No. 3<br>Staten Island, NY 10306-2900<br>Tel.: (718) 987-2700 |

SO ORDERED:

**Dated: Brooklyn, New York**
    **April 15, 2019**

_/s/ Elizabeth S. Stong_
    **Elizabeth S. Stong**
**United States Bankruptcy Judge**